**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MARTIN PULIDO, and similarly situated individuals,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FREDCO LANDSCAPING, CO., FRANK LEMBO, individually, and JASON LEMBO, individually**<br><br>Defendants. | **Civil Case No.: 2:17-cv-04470-SDW-LDW** |

**NOTICE OF FILING REVISED**
**SETTLEMENT AGREEMENT**

Plaintiff, MARTIN PULIDO, by and through the undersigned counsel, hereby notifies the Clerk of Court of the filing of the parties revised Settlement Agreement.

Dated: March 18, 2020

Respectfully submitted,

s/ Jodi J. Jaffe_____
Jodi J. Jaffe, Esquire
E-mail: JJaffe@jaffeglenn.com
Andrew I. Glenn, Esquire
E-mail: AGlenn@jaffeglenn.com
Jaffe Glenn Law Group, P.A.
33 State Road, Suite A-1
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via CM/ECF.

s/ Jodi J. Jaffe
Jodi J. Jaffe, Esq.
